UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JOHN JAKUBOWSKI,

        Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS et al.,

        Defendants.
_____/

Case No. 1:18-cv-391

Honorable Paul L. Maloney

# REVISED ORDER FOR PARTIAL DISMISSAL AND TRANSFER

On April 26, 2018, after reviewing the complaint under 28 U.S.C. §§ 1915(e)(2), 1915A; 42 U.S.C. § 1997e(c), the Court issued an Opinion (ECF No. 4) dismissing the claims against Defendants Michigan Department of Corrections and Unknown Party #1 for failure to state a claim and directing transfer of the remainder of the complaint to the Eastern District of Michigan. That same date, the Court entered an Order (ECF No. 5) intended to accord with the Opinion. The Order, however, inaccurately reflected the substance of the Opinion. Accordingly,

**IT IS ORDERED** that the Order (ECF No. 5) issued on April 26, 2018, is hereby **VACATED**.

**IT IS FURTHER ORDERED** that, consistent with the Opinion issued on April 26, 2018, Plaintiff's action against Defendant Michigan Department of Corrections and Unknown Party #1 be **DISMISSED WITH PREJUDICE** on grounds of immunity and failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that the remainder of the action be **TRANSFERRED** to the Eastern District of Michigan, under 28 U.S.C. §§ 1391(b) and 1404(a).

Dated: April 26, 2018                    /s/ Paul L. Maloney
                                         Paul L. Maloney
                                         United States District Judge